IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARYL DE KECZER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff(s),<br>   v.<br>TETLEY USA INC.,<br><br>        Defendant(s). | CASE NO. 5:12-cv-02409 EJD<br><br>**ORDER CLARIFYING REFERRAL TO MEDIATION; SCHEDULING CASE MANAGEMENT CONFERENCE** |

On October 12, 2012, the court granted the parties' stipulation and referred this matter to mediation pursuant to ADR Local Rule 6 to be completed within "90 days from the date the Court rules on Defendant's dispositive motion to be filed." See Docket Item No. 34. The court ruled on Defendant's dispositive motion on August 16, 2013. See Docket Item No. 47. It then denied the parties' subsequent stipulation again selecting mediation on September 26, 2013. See Docket Item No. 52.

Since the court had already referred this case to mediation, the court construed the parties' second stipulation as simply a request to extend the deadline by which mediation must be completed, and under that interpretation, denied the request for extension. The court did not intend to disturb the prior order.

Accordingly, the court clarifies that the order referring this case to mediation filed October 12, 2012, remains in effect. As such, mediation should have been completed on or before November

14, 2013, which is 90 days from the date the court ruled on the dispositive motion.  However, in light of this clarification, the court extends the deadline to complete mediation to **December 20, 2013.**

In addition, the court schedules this case for a Case Management Conference on **November 22, 2013.**  The parties shall file a Joint Case Management Statement which proposes, inter alia, actual dates[1] for a case schedule on or before **November 15, 2013**.

**IT IS SO ORDERED.**

Dated:  October 9, 2013



EDWARD J. DAVILA
United States District Judge

---

[1] In other words, the parties should not simply propose that the court postpone setting case management deadlines due to the pendency of a motion to dismiss.  The court will set actual deadlines, either way.

2
Case No. 5:12-cv-04209 EJD
ORDER CLARIFYING REFERRAL TO MEDIATION; SCHEDULING CASE MANAGEMENT CONFERENCE