IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARYL DE KECZER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>TETLEY USA INC.,<br><br>Defendant(s). | CASE NO. 5:12-cv-02409 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 59), the court orders as follows on certain issues presented by the parties:

1. Defendant's request to postpone the exchange of initial disclosures is DENIED. Initial disclosures should have been exchanged in accordance with Federal Rule of Civil Procedure 26(a), or should be exchanged forthwith.

2. Aside from the exchange of initial disclosures as indicated, the parties are precluded from conducting any other discovery until such time as viable claim exists in this action or the court orders otherwise.

As to setting further deadlines, the court agrees with the parties that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for November 22, 2013, is VACATED and will be reset by the court when appropriate.

**IT IS SO ORDERED.**

Dated: November 19, 2013

EDWARD J. DAVILA
United States District Judge