| | |
|---|---|
| 1 | Philip A. Leider, Esq. (SBN 229751) |
|  | THE LAW OFFICE OF PHILIP A. LEIDER |
| 2 | 2709 10th Street, Unit E |
|  | Berkeley, CA 94710 |
| 3 | Telephone:  (415) 215-8397 |
|  | Facsimile:  (510) 350-9115 |
| 4 | philip@leiderlegal.com |
| 5 | Joseph L. Clasen, Esq. (*Pro hac vice*) |
|  | Peter R. Knight, Esq. (*Pro hac vice*) |
| 6 | ROBINSON & COLE LLP |
|  | 280 Trumbull Street |
| 7 | Hartford, CT  06103-3597 |
|  | Telephone: (860) 275-8231 |
| 8 | Facsimile (860) 275-8299 |
|  | jclasen@rc.com |
| 9 | pknight@rc.com |
| 10 | ATTORNEYS FOR DEFENDANT |
|  | TETLEY USA INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DARYL DE KECZER, individually and on behalf of all others similarly situated, | Case No. CV 12-02409 EJD |
| Plaintiff, | **CLASS ACTION** |
| vs. | **JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER** |
| TETLEY USA, INC., | Judge: Hon. Edward J. Davila |
|  | Date: October 29, 2015 |
| Defendant. | Location: Courtroom 4 – 5th Floor |
|  | Action Filed: May 11, 2012 |

**JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER**   Case No. CV 12-02409 EJD

The parties, Daryl de Keczer ("Plaintiff") and Tetley USA Inc. ("Defendant"), submit this Joint Status Report and [Proposed] Scheduling Order.

**1) STATUS**

Plaintiff filed his Third Amended Class Action Complaint ("TAC") on September 5, 2014 (Dkt. 72.)  Defendant answered the TAC on October 17, 2014. (Dkt. 75.)  Plaintiff filed a Motion for Leave to File a Fourth Amended Class Action Complaint on March 3, 2015. (Dkt. 80.)  The Court denied the Motion for Leave to File a Fourth Amended Class Action Complaint on July 10, 2015. (Dkt. 88.)  Fact discovery is currently ongoing.

**2) PROPOSED SCHEDULE**

There is no pending scheduling order in this case.  Accordingly, the parties stipulate and agree, subject to the Court's approval, that the parties will be bound by the following schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment on Named Plaintiff's Claims | December 15, 2015 |
| Plaintiff's Opposition to Motion for Summary Judgment | February 1, 2015 |
| Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment | March 1, 2016 |
| Hearing on Motion for Summary Judgment | March 17, 2016 at 9:00 AM |
| Motion for Class Certification and Deadline for Expert Disclosures | April 1, 2016 |
| Opposition to Motion for Class Certification and Deadline for Rebuttal Expert Disclosures | May 15, 2016 |
| Reply to Opposition to Motion for Class Certification | June 15, 2016 |
| Class Certification Hearing | June 30, 2016 at 9:00 AM |
| Deadline for Fact and Expert Witnesses | October 1, 2016 |
| Deadline for Filing Dispositive Motions | November 1, 2016 |

| | | |
|---|---|---|
| 1 | PRATT & ASSOCIATES | THE LAW OFFICE OF PHILIP A. LEIDER |
| 2 | COLEMAN LAW FIRM | ROBINSON & COLE LLP |
| 3 | By: /s/ *J. Price Coleman* | By: /s/ *Philip A. Leider* |
| 4 | J. Price Coleman<br>Attorneys for Plaintiff | Attorneys for Defendant<br>Tetley USA Inc. |

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED:  10/30/2015

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

**ECF ATTESTATION**

I, Philip A. Leider, am the ECF User whose ID and password are being used to file the foregoing: **JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil Local Rule 5-1(i), I hereby attest that J. Price Coleman, attorney for Plaintiff, concurred in this filing.

By: /s/ *Philip A. Leider*
Philip A. Leider

-3-
**JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER**            Case No. CV 12-02409 EJD