| | |
|---|---|
| 1<br>2<br>3<br>4 | Ben F. Pierce Gore, Esq. (SBN 128515)<br>PRATT & ASSOCIATES<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>Telephone: (408) 429-6506<br>Fax: (408) 369-0752<br>pgore@prattattorneys.com |
| 5<br>6<br>7<br>8 | J. Price Coleman, Esq. (*Pro hac vice*)<br>COLEMAN LAW FIRM<br>1100 Tyler Avenue, Suite 102<br>Oxford, MS 38655<br>Telephone: (662) 236-0047<br>Fax: (662) 513-0072<br>colemanlawfirmpa@bellsouth.net |
| 9 | *Attorneys for Plaintiff* |

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 3/3/2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Philip A. Leider, Esq. (SBN 229751)
THE LAW OFFICE OF PHILIP A. LEIDER
2709 10th Street, Unit E
Berkeley, CA 94710
Telephone: (415) 215-8397
Facsimile: (510) 350-9115
philip@leiderlegal.com

Joseph Clasen, Esq. (*Pro hac vice*)
Peter R. Knight, Esq. (*Pro hac vice*)
ROBINSON & COLE LLP
280 Trumbull Street Hartford, CT 06103-3597
Telephone: (860) 275-8231
Facsimile (860) 275-8299

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARYL DE KECZER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TETLEY USA, INC.,<br><br>Defendant. | Case No. CV12-02409 EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL

Case No. CV12-02409 EJD

| 1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, Daryl de Keczer, Plaintiff, and Tetley USA Inc., Defendant, by and through counsel of record, hereby stipulate to a dismissal of the above-referenced action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any rights of appeal. The stipulation by the parties resolves this case in its entirety and the Clerk of the Court is respectfully requested to adjust its records in accordance with the same. The Clerk shall close this file.

**IT IS SO STIPULATED.**

Dated: March 1, 2016         PRATT & ASSOCIATES

By: */s/ Pierce Gore*

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*/s/ J. Price Coleman*
J. Price Coleman (P*ro hac vice*)
THE COLEMAN LAW FIRM
1100 Tyler Ave. # 102
Oxford, MS 38655
(662) 236-0047
colemanlawfirmpa@bellsouth.net

*Attorneys for Plaintiff*

Dated: March 1, 2016         */s/ Peter R. Knight*
Peter R. Knight, Esq. (*Pro hac vice*)
ROBINSON & COLE LLP
280 Trumbull Street Hartford, CT 06103-3597
Telephone: (860) 275-8231
Facsimile (860) 275-8299
pknight@rc.com

| | |
|---|---|
| 1 | */s/ Philip A. Leider* |
| 2 | Philip A. Leider (SBN 229751)<br>THE LAW OFFICE OF PHILIP A. LEIDER |
| 3 | 2709 10th Street, Unit E<br>Berkeley, CA 94710 |
| 4 | Telephone: (415) 215-8397<br>Facsimile: (510) 350-9115 |
| 5 | philip@leiderlegal.com |
| 6 | *Attorneys for Defendant Tetley USA Inc.* |